UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RONALD TJ ENGLE,

                              Petitioner,

        v.

STATE OF NEVADA, *et al.*,

                              Respondents.

Case No. 3:24-cv-00257-MMD-CSD

ORDER

In this habeas corpus action, Petitioner filed an unopposed motion for a 90-day extension of time to file a second amended petition. (ECF No. 19 ("Motion").) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the Motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time to file a second amended petition (ECF No. 19) is granted. Petitioner has until March 20, 2025, to file a second amended petition. In all other respects, the schedule for further proceedings set forth in the order entered on August 27, 2024 (ECF No. 12), will remain in effect.

DATED THIS 18th Day of December 2024.

_____

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE