UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD TJ ENGLE,<br><br>　　　　　　Petitioner,<br>　v.<br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:24-cv-00257-MMD-CSD<br><br>ORDER |

Petitioner Ronald Engle seeks an extension of time to file his second amended petition. (ECF No. 21 ("Motion").) He asserts he needs an additional 120 days to file his Amended Petition because of (1) the complex and voluminous record in this case; (2) counsel's innocence investigation; and (3) the amount of time Engle's expert has estimated for review. (*Id.* at 1.) Respondents request that the Court deny the Motion to the extent he is conducting new investigations without having first sought leave from the Court to conduct discovery. (ECF No. 22.) Respondents do not oppose a reasonable extension of time to obtain and review existing documents. (*Id.* at 2.)

Discovery in habeas matters is governed by Rule 6 of the Rules Governing Section 2254 Cases in the United States District Courts, which states: "A party shall be entitled to invoke the processes of discovery available under the Federal Rules of Civil Procedure if, and to the extent, the judge in the exercise of his discretion and for good cause shown grants leave to do so, but not otherwise." Accordingly, the Court denies Engle's request for an extension to the extent he is conducting discovery without seeking leave of court and establishing good cause.

The Court, however, finds that Engle has presented support for his request for extension and that his request is made in good faith and not solely for the purpose of delay. The Court thus finds good cause exists to grant Engle a 90-day extension of time

to file his second amended petition.

It is therefore ordered that Petitioner Ronald TJ Engle's Motion to Extend Time (ECF No. 21) is granted. Engle has until June 18, 2025, to file his second amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered on August 27, 2024, will remain in effect.

DATED THIS 10th Day of April, 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE