UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| RONALD TJ ENGLE, | Case No. 3:24-cv-00257-MMD-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

Petitioner Ronald TJ Engle seeks an extension of time to file his second amended petition. (ECF No. 24 ("Motion").) Engle asserts he needs an additional 60 days to file his amended petition because of (1) the complex and voluminous record in this case; (2) counsel's innocence investigation, and (3) the amount of time Engle's expert has estimated for review. (*Id*. at 1.) Respondents oppose Engle's Motion to the extent he is conducting new investigations without having first sought leave from the Court to conduct discovery. (ECF No. 25.)

Discovery in habeas matters is governed by Rule 6 of the Rules Governing Section 2254 Cases in the United States District Courts, which provides that "[a] party shall be entitled to invoke the processes of discovery available under the Federal Rules of Civil Procedure if, and to the extent, the judge in the exercise of his discretion and for good cause shown grants leave to do so, but not otherwise." Accordingly, the Court denies Engle's request for an extension to the extent he is conducting discovery without seeking leave of court and establishing good cause.

The Court finds, however, that Engle has presented support for his extension request and that his request is made in good faith and not solely for the purpose of delay. The Court thus finds good cause exists to grant Engle an extension of time to file his second amended petition.

It is therefore ordered that Petitioner's Motion to Extend Time (ECF No. 24) is granted. Engle has until August 19, 2025, to file his second amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered on August 27, 2024, will remain in effect.

DATED THIS 16th Day of July 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE