UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD TJ ENGLE,<br><br>                Petitioner,<br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                Respondents. | Case No. 3:24-cv-00257-MMD-CSD<br><br>ORDER |

Petitioner seeks an extension of time to file his Second Amended Petition. (ECF No. 28.) The Court finds that Engle's request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner Ronald TJ Engle's Motion to Extend Time (ECF No. 28) is granted. Engle has until October 20, 2025, to file his Second Amended Petition.

DATED THIS 3rd Day of October 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE