UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RONALD TJ ENGLE, | Case No. 3:24-cv-00257-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

Petitioner seeks an extension of time to file his second amended petition ("Second Amended Petition"). (ECF Nos. 31, 33.) The Court finds that Engle's request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

It is therefore ordered that Petitioner Ronald TJ Engle's fifth Motion to Extend Time (ECF No. 31) is granted *nunc pro tunc*.

It is further ordered that Petitioner's sixth Motion to Extend Time (ECF No. 33) is granted. Engle has until December 5, 2025, to file his Second Amended Petition.

DATED THIS 1st Day of December 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE