UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RONALD TJ ENGLE, | Case No. 3:24-cv-00257-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to file their response to the second amended petition. (ECF Nos. 36, 37.) The Court finds that Respondents' requests are made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

It is therefore ordered that Respondents' first unopposed Motion to Extend Time (ECF No. 36) is granted *nunc pro tunc*.

It is further ordered that Respondents' second unopposed Motion to Extend Time (ECF No. 37) is granted. Respondents have until May 18, 2026, to file their response to the second amended petition.

DATED THIS 7th Day of April 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE