UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RONALD TJ ENGLE,<br><br>Petitioner,<br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>Respondents. | Case No. 3:24-cv-00257-MMD-CSD<br><br>ORDER |

Respondents seek an extension of time to file their response to Petitioner's motion for discovery. (ECF No. 40.) The Court finds that Respondents' request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' first unopposed Motion to Extend Time (ECF No. 40) is granted. Respondents have up to and including May 18, 2026, to file their response to the motion for discovery.

DATED THIS 14th Day of May 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE