# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RONALD TJ ENGLE,<br><br>                                  Petitioner,<br><br>        v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                                  Respondents. | Case No. 3:24-cv-00257-MMD-CSD<br><br>ORDER |

Petitioner Ronald Engle seeks an extension of time to file his reply in support of the motion for discovery and to file his opposition to Respondents' motion to dismiss. (ECF No. 54.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's first unopposed Motion to Extend Time (ECF No. 54) is granted. Petitioner has until June 26, 2026, his reply in support of the motion for discovery and to file his opposition to Respondents' motion to dismiss.

DATED THIS 5th Day of June 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE